Richard L. Brodsky, Esq.
2121 Saw Mill River Road
White Plains, New York, USA 10607
914.720.8830
RichardBrodsky@msn.com

May 25, 2015

<u>By Electronic Mail Only</u>

<u>Richard L. Brodsky v. United States
Nuclear Regulatory Commission
Case 15-1330</u>

United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse,
40 Foley Square, New York, NY 10007

To The Court:

Having duly filed Form D on or about May 11, 2015, Attorney for Appellants hereby files with the Court notice of the schedule for filing of Appellants brief in the above captioned matter. The brief will be filed on or before Monday, August 24, 2015.

Respectfully submitted,


Richard Brodsky
Attorney for Appellants